for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Messrs. R. E. Milling, A. B. Freyer,* and *R. C. Milling* for respondent.

No. 687. AMERICAN SURETY CO. *v.* MORAN, RECEIVER. March 4, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Charles A. Douglas, Jo V. Morgan, Hugh H. Obear,* and *Edmund D. Campbell* for petitioner. *Messrs. J. Bruce Kremer, George B. Springston,* and *Herbert M. Bingham* for respondent.

No. 733. PRICE *v.* UNITED STATES. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Walter D. Price, pro se.* No appearance for the United States.

No. 681. MORGENTHAU *v.* STEPHENS ET AL. On petition for writ of certiorari to the Supreme Court of Kansas. March 11, 1935. The petition for writ of certiorari in this cause is denied upon the ground that the judgment sought herein to be reviewed is joint and the record fails to disclose summons and severance. *Hartford Accident & Indemnity Co.* v. *Bunn,* 285 U. S. 169; *Capital National Bank* v. *Board of Supervisors,* 286 U. S. 550; *Fidelity Union Casualty Co.* v. *Hanson,* 287 U. S. 599; *Louisville & Nashville R. Co.* v. *Parker,* 287 U. S. 569; *Wagner Tug Boat Co.* v. *Meagher,* 287 U. S. 657; *Missouri State Life Ins. Co.* v. *Johnson,* 288 U. S. 609. *Messrs. Alexander M. Bull, W. W. Brown,* and *Joseph M. Bryson* for petitioner. *Mr. Douglas Hudson* for respondents.